AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Email Account Associated with<br>katelynokeeffe@outlook.com controlled by Microsoft<br>Corp., 1 Microsoft Way, Redmond, WA 98052 | )<br>)<br>)    Case No. 24-mj -117-01-TSM<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

located in the    Western    District of    Washington    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1347 | Health Care Fraud |

The application is based on these facts:
See Attached

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Erika Broadhurst
*Applicant's signature*

Erika Broadhurst, Special Agent, HHS-OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by    telephonic means    *(specify reliable electronic means)*.

Date: **May 24, 2024**

*Judge's signature*

City and state:    Concord, New Hampshire            Talesha L. Saint-Marc, U.S. Magistrate ~~Court~~ Judge
*Printed name and title*

Print    Save As...    Attach    Reset